MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 288816)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7296
    FAX: (415) 436-6982
    Benjamin.Tolkoff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0629 CRB |
| v. | DETENTION ORDER |
| ED PERKINS, | Date: October 22, 2013 |
| Defendant. | Time: 9:30 a.m. |

On October 22, 2013 the parties appeared before the Court for a detention hearing. The government moved for detention based on the ground that the defendant poses a danger to the community and presents a risk of non-appearance. The pretrial services office recommended that the defendant be detained as a danger to the community.

The Court finds by clear and convincing evidence that no combination of bail conditions could reasonably assure the safety of the community were Mr. Perkins released. Pursuant to 18 U.S.C. § 3142(i), this order sets forth the Court's findings of fact and statement of reasons supporting the

DETENTION ORDER
CR 13-0629 RS

conclusion that Mr. Perkins must be detained pending trial. The order supplements and memorializes the Court's oral order issued on the record.

The defendant is twenty-three years-old and has amassed a significant criminal history. The defendant has a prior felony conviction for possession of a loaded firearm at a party. While on probation for that conviction, the defendant's probation was revoked due to an incident involving a firearm.

The defendant's criminal record shows three additional probation or parole violations and was on probation at the time of the instant offense. The government's recitation of the charged crime, and the FBI case agent's description of that incident, reflect that it was a violent crime involving an attempted robbery during which firearms were discharged.

In addition to his criminal history and the nature of the charged crime, the defendant is alleged to be a member of the Westmob criminal street gang and has tattoos that reflect that affiliation.

All of these facts, taken together, show by clear and convincing evidence that the defendant poses a danger to the community and that no combination of bail conditions could reasonably assure the safety of the community if the defendant was released.

Pursuant to 18 U.S.C. § 3142(i)(2) Ed Perkins is hereby committed to the custody of the Attorney General for confinement in a corrections facility during the pendency of this matter. To the extent practicable, the defendant shall be held separately from persons awaiting or serving sentences or being held in custody pending appeal.

//

The defendant shall be afforded reasonable opportunity for private consultation with counsel and, on order of the Court or any other court of the United States, Mr. Cooper shall be delivered to the United States Marshal for the purpose of an appearance in connection with a court proceeding. 18 U.S.C. §§ 3142(i)(3) and (4).

SO ORDERED.

Date: 10/23/13

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge
Northern District of California

DETENTION ORDER
CR 13-0629 RS